**Gary FULLER, Appellant,**

v.

**Wendell RAYBURN; George Brooks; Robert Culler; John Heyward, Jr.; Stephana Landwehr; Claude Rogers; Robert Taylor; Yvonne Wilson; Donald Wyss; Lincoln University Board of Curators; Robert Webber; Ruth McGowan, Appellees.**

No. 06–1335.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 30, 2007.

Filed: Feb. 22, 2007.

braska.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Ne-

Gary Fuller, Jefferson City, MO, pro se.

Kent L. Brown, Jefferson City, MO, for Appellees.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Gary Fuller appeals the district court's [1] denial of his Federal Rule of Civil Procedure 60(b)(6) motion. Upon careful review of the record, we conclude the district court did not abuse its discretion (1) in accepting a supplemental affidavit filed by defendants in support of their timely opposition to Fuller's motion, and (2) in denying Rule 60(b) relief. *See Harley v. Zoesch,* 413 F.3d 866, 870 (8th Cir.2005) (standard of review for denial of Rule 60(b) motion); *cf. African Am. Voting Rights Legal Def. Fund, Inc. v. Villa,* 54 F.3d 1345, 1350 (8th Cir.1995) (district court has discretion whether to accept or reject untimely filed materials in support of summary judgment motion). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Fuller's pending motions.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.